```
J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
WQAS KHAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00175 KJM |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING |
| WQAS KHAN and MIRANDA ESPINOZA, | |
| Defendants. | |

At the request of the parties, the Court enters this order (1) continuing the status hearing presently set for February 24, 2011 at 10:00 a.m. before the Honorable Judge Kimberly J. Mueller to April 28, 2011 at 10:00 a.m.; and (2) excluding time under the Speedy Trial Act from February 24, 2011, based on the following:

1. The requested continuance is predicated in large part on outstanding discovery based issues which must be resolved prior to setting a briefing schedule on Defendant's Motion to Traverse the Warrant in this matter.  Currently pending before this Court is a Motion Objecting to the Magistrate's Denial of Defendant's <u>Henthorn</u> Motion, filed on December 21, 2011, Docket No. 60.

2. Furthermore, the defense filed a Motion to Compel Discovery before the Magistrate Court on December 29, 2010, Docket No. 61. On February 9, 2011, Magistrate Judge Gregory G. Hollows vacated this Motion to Compel Discovery without prejudice (Docket No. 76) pending this Court's decision on the Henthorn issue.

3. Once both of these matters are resolved, the defense will be in a position to set a briefing schedule on the Motion to Traverse the Warrant.

4. The parties further stipulate that the time between February 24, 2011 and April 28, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and local rule code T4. Specifically, as set forth above, ongoing discovery production and requests are occurring as well as preparation for future motion practice. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

THE PARTIES THEREFORE STIPULATE that the continuance of the status hearing to April 28, 2011 at 10:00 a.m. is warranted such that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a

speedy trial.

Dated: February 22, 2011

/s/ SHARI L. WHITE
SHARI L. WHITE
Attorney for WQAS KHAN

Dated: February 22, 2011

/s/GILBERT A. ROQUE
GILBERT A. ROQUE
Attorney for MIRANDA ESPINOZA

Dated: February 22, 2011

/s/JASON HITT
JASON HITT, AUSA

### ORDER

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to April 28, 2011 at the hour of 10:00 a.m. and that time is excluded as stipulated, as well as based on Local Code E in light of the motion pending.

**IT IS SO ORDERED.**

Dated: February 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331