FILED
MAY 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  J. TONY SERRA, SBN 32639
   SHARI L. WHITE, SBN 180438
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   WQAS KHAN

5

6               UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          CR 10-175 KJM

10         Plaintiff,                  AMENDED MOTION TO WITHDRAW
                                       NOTICE OF MOTION AND
11    v.                               MEMORANDUM OF POINTS AND
                                       AUTHORITIES IN SUPPORT OF
12 WQAS KHAN,                          MOTION FOR PARTICULARIZED
                                       DISCOVERY, AND STIPULATION AND
13         Defendant.                  *and* [PROPOSED] ORDER
                                    /

14

15

16
        Defendant, through counsel, hereby requests that his Notice
17
   of Motion and Memorandum of Points and Authorities in Support of
18
   Motion for Particularized Discovery, electronically filed on
19
   April 22, 2011 as Document Number 84, be withdrawn.
20
        In support of said request, counsel declares:
21
        Counsel are in the process of informally resolving pending
22
   discovery requests and hereby respectfully move to withdraw
23
   pending Motion for Particularized Discovery, electronically
24
   filed April 22, 2011 as Document Number 84 without prejudice.
25
   Counsel hereby respectfully reserve the right to re-calendar
26
   this motion in the event that all discovery related issues are
27
   not resolved.
28
        Further, counsel have conferred with all parties who join

1  in said request.

2    I declare under penalty of perjury that the foregoing is
3  true and correct, and that this declaration is executed on May
4  17, 2011, at San Francisco, California.

5

6                       /s/ SHARI L. WHITE
                         SHARI L. WHITE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

## STIPULATION AND ORDER

Good cause appearing, and based upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the Notice of Motion and Memorandum of Points and Authorities in Support of Motion for Particularized Discovery, electronically filed on April 22, 2011 as Document Number 84, be withdrawn without prejudice.

**IT IS SO STIPULATED.**

Dated:   May 17, 2011          /s/ SHARI L. WHITE
                               SHARI L. WHITE
                               Attorney for Wqas Khan

Dated:   May 17, 2011          /s/ JASON HITT
                               JASON HITT
                               Assistant U.S. Attorney

Dated:   May 17, 2011          /s/ GILBERT ROQUE
                               GILBERT ROQUE
                               Attorney for Miranda Espinoza

**IT IS SO ORDERED.**

Dated: 5/17/11

_____
DALE A. DROZD
United States Magistrate Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3