IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>WQAS KHAN, and<br>MIRANDA ESPINOZA,<br><br>       Defendants.<br>_____ | Case No. 2:10-cr-0175 KJM<br><br>ORDER GRANTING,<br>IN PART, AND DENYING, IN PART,<br>DEFENDANT KHAN's MOTION TO<br>COMPEL DISCOVERY AND GRANTING<br>THE GOVERNMENT'S MOTION FOR<br>RECIPROCAL DISCOVERY |

<u>ORDER</u>

On August 25, 2011, the Court heard argument on the motion to motion to compel discovery filed by defendant Wqas KHAN ("defendant") and the motion for reciprocal discovery filed by the United States. (<u>See</u> E.D. Cal., Case No. 2:10-cr-0175 KJM, Docket Entry No. 102; <u>Id.</u> Docket Entry No. 104).  Defendant's counsel, Tony Serra, Esq., and Shari White, Esq., appeared on behalf of the defendant and Assistant United States Attorney Jason Hitt, appeared on behalf of the United States.

/ / /

/ / /

/ / /

1

For the reasons set forth orally by the Court and recorded during the hearing on August 25, 2011, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to compel discovery as to Item Nos. 1, 2, 3, 4, 6, and 7 is **DENIED** as moot based upon the responses and representations of the United States.

2. Defendant's motion to compel discovery as to Item No. 5 is **GRANTED**, in part. The government is ordered to produce a response regarding the materials identified in defendant's Item No. 5 by the close of business on August 30, 2011.

3. The motion for reciprocal discovery filed by the United States is **GRANTED.** The defendant is ordered to produce the following categories of responsive materials no later than thirty (30) days prior to any trial date set in this matter:

   A. All books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant, which the defendant intends to introduce as evidence in the defendant's case-in-chief at trial;

   B. All results or any reports of physical or mental examinations and/or scientific tests or experiments made in connection with this case within the possession or control of the defendant, which the defendant intends to introduce as evidence in the defendant's case-in-chief at trial, or which have been prepared by a witness whom the defendant intends to call at trial; and

   C. All other discovery to which the Government is entitled under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED.**

DATED: August 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE