FILED

SEP 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-10-00175 KJM |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| MIRANDA ESPINOZA, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MIRANDA ESPINOZA, Case No. CR. S-10-00175 KJM, Charge 21 U.S.C. § 856 (a) (2) - Managing and Controlling a Place for the Purpose of Storing and Distributing Methamphetamine and Cocaine, from custody subject to the conditions as stated in open Court on September 29, 2011:

\_\_\_   Release on Personal Recognizance

\_\_\_   Bail Posted in the Sum of $ [ ]

\_\_\_   Unsecured Appearance Bond

\_\_\_   Appearance Bond with 10% Deposit

\_\_\_   Appearance Bond with Surety

1          ___    Corporate Surety Bail Bond

2          _X_   (Other) [Defendant sentenced to TIME SERVED - Judgment and Commitment to be issued].

Issued at Sacramento, CA on September 29, 2011 at 3:45 p.m.

Dated: September 29, 2011

                                                  */s/ Kimberly J. Mueller*
                                       KIMBERLY J. MUELLER
                                       UNITED STATES DISTRICT JUDGE

*Original and Copy to USM - KKS*

ESPINOZA, MIRANDA release order.wpd           2